# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| ) | (For **Revocation** of Probation or Supervised Release) |
| V. ) | (For Offenses Committed On or After November 1, 1987) |
| ) | |
| JASON STAMEY ) | Case Number: DNCW212CR000025-003 |
| ) | USM Number: 27813-058 |
| ) | |
| ) | J. Frank Lay II |
| ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violation of condition <u>1 (as amended by the Addendum)</u> of the term of supervision.
☐ Was found in violation of condition(s) count(s) after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NEW LAW VIOLATION - ASSAULT BY STRANGULATION; FLEE/ELUDE ARREST; RECKLESS DRIVING – WANTON DISREGARD; FELONY ASSAULT ON LAW ENFORCEMENT OFFICER; ASSAULT WITH DEADLY WEAPON; ASSAULT WITH DEADLY WEAPON; DRIVING THE WRONG WAY ON DUAL LANE; RESISTING PUBLIC OFFICER; RESISTING PUBLIC OFFICER; LITTERING; WRONG WAY ON DUAL LANE HIGHWAY; POSSESSION WITH INTENT TO MANUFACTURE, SELL, AND DELIVER A SCHEDULE II CONTROLLED SUBSTANCE; MAINTAIN VEHICLE/DWELLING/PLACE FOR THE SELLING OF CONTROLLING SUBSTANCES; POSSESSION OF DRUG PARAPHERNALIA; INJURY TO REAL PROPERTY | 2/18/2018 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) and is discharged as such to such violation(s) condition.
☐ Violation(s) (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 12/13/2018

Signed: December 19, 2018

Martin Reidinger
United States District Judge

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **THIRTY (30) MONTHS**. The term of imprisonment imposed by this judgment shall run consecutively to any undischarged term of imprisonment heretofore or hereafter imposed by any state court or tribunal. With regard to defendant's not yet imposed sentence in case 1:18-cr-00039, the issue of whether the term of imprisonment imposed by this judgement running consecutively or concurrently is reserved for the sentencing of the defendant in case 1:18-cr-00039.

☒ The Court makes the following recommendations to the Bureau of Prisons:
  1. Participation in any available educational and vocational opportunities.
  2. Participation in any available substance abuse treatment program and, if eligible, receive benefits of 18:3621(e)(2).
  3. Defendant shall support all dependents from prison earnings.

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ As notified by the United States Marshal.
  ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ As notified by the United States Marshal.
  ☐ Before 2 p.m. on _.
  ☐ As notified by the Probation Office.

# RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

                                                                    By: _____
                                                                              Deputy Marshal